IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHASE JOHANSON ) | CASE NO: |
| 1113 Dover Drive ) | |
| Medina, OH  44256 ) | JUDGE: |
| ) | |
| Plaintiff, ) | MAGISTRATE JUDGE: |
| ) | |
| vs. ) | |
| ) | |
| MEDINA CITY SCHOOL DISTRICT ) | |
| 140 West Washington Street ) | |
| Medina, Ohio 44256 ) | |
| ) | |
| JEFF HARRISON ) | |
| C/O MEDINA CITY SCHOOL DISTRICT ) | |
| 140 West Washington Street ) | |
| Medina, Ohio  44256 ) | |
| ) | |
| BRYAN FARSON ) | |
| C/O MEDINA CITY SCHOOL DISTRICT ) | |
| 140 West Washington Street ) | |
| Medina, Ohio  44256 ) | |
| ) | |
| ANTHONY STACEY ) | |
| C/O SANDUSKY CITY SCHOOL ) | |
|     DISTRICT ) | |
| 407 Decatur St. ) | |
| Sandusky, OH  44870 ) | |
| ) | |
| ANTHONY STACEY ) | |
| C/O MEDINA CITY SCHOOL DISTRICT ) | |
| 140 West Washington Street ) | |
| Medina, Ohio  44256 ) | |
| ) | |
| Defendants. ) | |

{29270 / 01654508 - 1}

## NOTICE OF REMOVAL OF CIVIL ACTION

Defendants, Medina City School District, Jeff Harrison, Bryan Farson and Anthony Stacey, by and through counsel, and pursuant to 28 U.S.C. §1441 and 28 U.S.C. § 1446, file this Notice of Removal and state as follows:

1. On or about July 23, 2014, Plaintiff, Chase Johanson ("Plaintiff"), filed a civil action in the Medina County Court of Common Pleas where it is now pending under the caption *Chase Johanson vs. Medina City School District, et al.,* Case No. 14CIV0785 asserting claims under the federal laws of the United States.

2. Defendants, Medina City School District, Jeff Harrison, Bryan Farson and Anthony Stacey ("Defendants") were served with a copy of the Complaint on August 6, 2014.

3. Defendant, Anthony Stacey ("Defendant") has not been served with a copy of the Complaint.

4. Defendants desires to exercise their rights under the provisions of 28 U.S.C. §§ 1441, *et seq.*, and to remove this action from the Medina County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division.

5. This Notice of Removal is being filed within thirty (30) days from receipt of the Complaint by the Medina City School District, Jeff Harrison and Bryan Farson and is, therefore, timely filed in accordance with 28 U.S.C. § 1446(b).

6. As required by 28 U.S.C. § 1446(a), attached hereto as Exhibit "A," is a copy of all process, pleadings, orders and other filings served upon the Defendants in the state court action.

7. In the state court action, Plaintiff seeks to recover damages for alleged violations of his rights under the First Amendment to the United States Constitution as made effective as to the states by the Fourteenth Amendment to the United States Constitution.

8. Defendants request that the Court invoke its federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the claims brought in the state court action arise under the Constitution, treaties and/or laws of the United States.

9. Notice of this filing is being sent to the Plaintiff and filed with the Clerk of Courts of the Medina County Court of Common Pleas as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants respectfully request that the United States District Court for the Northern District of Ohio, Eastern Division, accept this Notice of Removal and accept jurisdiction over the state court action.

Respectfully submitted,

/s/ Jonathan D. Greenberg
Jonathan D. Greenberg (Reg. No. 0000687)
Email: *jgreenberg@walterhav.com*
Direct Dial: 216-928-2977
Patricia F. Weisberg (Reg. No. 0029995)
Email: *pweisberg@walterhav.com*
Direct Dial: 216-928-2928

WALTER & HAVERFIELD LLP
The Tower at Erieview
1301 E. Ninth Street
Suite 3500
Cleveland, OH 44114-1821
(216) 781-1212 / Fax: (216) 575-0911

Attorneys for Defendants Medina City School District, Jeff Harrison, Bryan Farson and Anthony Stacey

CERTIFICATE OF SERVICE

      I certify that the foregoing Notice of Removal of Civil Action has been filed this 27th day of August, 2014 through the Court's electronic filing system. A copy of the foregoing Notice of Removal of Civil Action was sent by regular U.S. Mail, postage prepaid, to Steve C. Bailey, Attorney for Plaintiff, The Bailey Law Firm, 60 Public Square, Suite 202, Medina, OH 44256.

      /s/ Jonathan D. Greenberg
      Jonathan D. Greenberg